# EXHIBIT A

US00D744405S

(12) **United States Design Patent** (10) Patent No.: **US D744,405 S**

Wolf (45) Date of Patent: ** Dec. 1, 2015

(54) **VEHICLE LIGHT MOUNT**

(71) Applicant: **Innovative Creations, Inc.**, Peoria, AZ (US)

(72) Inventor: **Robert A Wolf**, Peoria, AZ (US)

(73) Assignee: **Innovative Creations, Inc.**, Peoria, AZ (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/479,187**

(22) Filed: **Jan. 13, 2014**

(51) LOC (10) Cl. ................................................. **12-06**

(52) **U.S. Cl.**
USPC ............................................. **D12/223**

(58) **Field of Classification Search**
USPC ........ D12/20, 39, 42, 46, 317, 106, 114, 163,
D12/164, 167, 169, 172, 223, 86, 87, 190,
D12/222; D8/14, 106, 306, 349, 355, 404,
D8/499; D26/28, 29, 30, 31, 32, 33, 34,
D26/35, 36
CPC .. B60Q 1/2611; B60Q 1/0483; B60Q 1/0416;
B60Q 1/18; B60Q 1/0686; B60Q 1/305;
B62J 6/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| D290,455 | S | * | 6/1987 | Konen et al. | ................. | D12/181 |
| D305,633 | S | * | 1/1990 | Kingsley | ..................... | D12/222 |
| D345,331 | S | * | 3/1994 | Smith | ........................... | D12/222 |
| D347,205 | S | * | 5/1994 | Huisman | ..................... | D12/222 |
| D400,675 | S | * | 11/1998 | Sopko | ........................... | D26/35 |
| D432,469 | S | * | 10/2000 | Nelson | ......................... | D12/169 |

| | | | | | | |
|---|---|---|---|---|---|---|
| D454,099 | S | * | 3/2002 | McGuiness | ................. | D12/171 |
| D454,525 | S | * | 3/2002 | McGuiness | ................. | D12/171 |
| D454,817 | S | * | 3/2002 | McGuiness | ................. | D12/171 |

(Continued)

OTHER PUBLICATIONS

Go Rhino—BR10 Front Bumper, image post date Unknown, site visited on Jun. 1, 2015 (online), <http://www.carid.com/go-rhino/br10-front-bumper.html>.*

*Primary Examiner* — Sheryl Lane
*Assistant Examiner* — Ieisha Price
(74) *Attorney, Agent, or Firm* — Schmeiser, Olsen & Watts LLP

(57) **CLAIM**
The ornamental design for a vehicle light mount, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the vehicle light mount;
FIG. **2** is a rear perspective view of the vehicle light mount;
FIG. **3** is a front view of the vehicle light mount;
FIG. **4** is a right side view of the vehicle light mount;
FIG. **5** is a left side view of the vehicle light mount;
FIG. **6** is a top view of the vehicle light mount;
FIG. **7** is a bottom view of the vehicle light mount;
FIG. **8** is a top and rear perspective view of the vehicle light mount;
FIG. **9** is an environmental front perspective view of the vehicle light mount;
FIG. **10** is an environmental front view of the vehicle light mount; and,
FIG. **11** is a second environmental front perspective view of the vehicle light mount.
The broken lines showing of the bumper in FIGS. **9-11** illustrates the environment of the claimed design and forms no part thereof.

**1 Claim, 11 Drawing Sheets**



**US D744,405 S**

Page 2

(56)          **References Cited**

U.S. PATENT DOCUMENTS

D469,196 S  *  1/2003  Ohsawa et al.  ................  D26/35
D516,970 S  *  3/2006  Hess  ............................  D12/169

D521,923 S  *   5/2006  Ellis  .............................  D12/223
D528,964 S  *   9/2006  Storer et al.  .................  D12/222
D647,002 S  *  10/2011  Mullen  .........................  D12/86

* cited by examiner

Case 2:16-cv-03100-DJH   Document 1-1   Filed 09/14/16   Page 4 of 43



FIG. 1

Case 2:16-cv-03100-DJH   Document 1-1   Filed 09/14/16   Page 5 of 43



FIG. 2



FIG. 3



FIG. 4

Case 2:16-cv-03100-DJH   Document 1-1   Filed 09/14/16   Page 8 of 43



FIG. 5



FIG. 6



FIG. 7



FIG. 8

Case 2:16-cv-03100-DJH   Document 1-1   Filed 09/14/16   Page 12 of 43



FIG. 9



FIG. 10



FIG. 11

# EXHIBIT B



# NEW PRODUCT GUIDE
## SUMMER 2014 • WWW.ICIONLINE.COM • 1-800-626-8746

**INNOVATIVE CREATIONS INC.**



# OE LIGHTING SOLUTIONS
## Light Mounting Brackets

Made in U.S.A.



**Center Grille Mounts**

**Fog Light Mounts**





...Pillar Mounts, Cowl Mounts and More!

# PROTECT YOUR INVESTMENT WITH
# LIGHT LOCKS

- **STOP Theft of Aftermarket Vehicle Lights**
- **Tamper Resistant Nuts & Bolts**
- **Compatible with All Major Light Manufacturers**
- **Special Coating to Prevent Rust**
- **Made in the U.S.A.**

*Watch the video to see how Light Locks stop thieves in their tracks!*
*http://youtu.be/WMfCsPiKtWA*



# Round Nerf Bars

- **Available in 3" or 4" Inch Bar**
- **Cab Length or Wheel to Wheel**
- **Polished Stainless Steel or Black Powder Coat Finish**
- **Easy No Drill Installation**
- **Molded Plastic Step Pad**
- **Available for Most Trucks & SUVs**
- **Lifetime Warranty on Stainless, Three Year Warranty on Black**

*Lifetime Warranty on all ICI Stainless Bars!*





# Oval Bars

- **Available in 4", 5" or 6" Inch Bar**
- **Polished Stainless Steel or Black Powder Coat Finish**
- **Cab Length and Wheel to Wheel Bars Available**
- **Easy No Drill Installation**
- **Molded Plastic Step Pad**
- **Available for Most Trucks & SUVs**
- **Lifetime Warranty on Stainless Steel Bars**
- **Three Year Warranty on Black Powder Coat**



# Drop Steps

- **Three Inches Lower Than Standard Bar for Easier Stepping**
- **Made of High Quality Polished Stainless Steel**
- **Bright Mirror Finish**
- **Easy No Drill Installation**
- **Molded Plastic Step Pad**
- **Available for Ford, Chevy, GMC, Dodge and Toyota Trucks**
- **Lifetime Warranty**



ICI
INNOVATIVE CREATIONS INC.

# ICI Rocker Panels





## ROCKER ARMOR



- Affordable Alternative to Spray-On Liners
- Perfect for "Blacked Out" Look
- Available in Pre-Cut or U-Cut Kits
- 3 Year Warranty
- Made in the U.S.A.

# Stainless Steel Rockers



- Adds Style and Flare to Any Car, Truck or SUV
- Protects Against Chips and Scratches
- Stylish Accent Ribbing Available on SE-Series Panel
- Made of 304 Stainless Steel
- Does Not Damage Paint
- 3 Year Warranty
- Made in the U.S.A.

*SE-Series Rockers*

Our products use 3M Automotive Attachment Tapes

# Fender Trim



- Adds An Element of Style to Any Vehicle
- Made of High Quality Bright Stainless Steel
- Features a Protective Rubber Seal to Keep Moisture Out
- Custom Molded for Your Specific Car, Truck or SUV
- Easy Installation, All Hardware Included
- Available in Half Moon & Full Wheel Trim
- 1 Year Warranty

*Watch the ICI Fender Trim Installation Video:*
*http://youtu.be/tuzMExkIZYg*



# MAGNUM BUMPERS

*Featuring the **NEW** RT-Series Light Bar*
**Patent Pending**

Made in U.S.A.



# STEP UP TO A MAGNUM

**Bumpers for All Makes & Models • Optional Winch Mounts and Skid Plates**
**Compatible with Factory Receiver Hitch & Parking Sensors • Limited Lifetime Warranty**



INNOVATIVE CREATIONS INC.



**STEEL** *innovation news*

INNOVATIVE CREATIONS INC.

8960 W. LARKSPUR DR., STE. #107
PEORIA, AZ 85381
(623) 486-2300 | FAX (623) 486-3886

WWW.ICIONLINE.COM | 1-800-626-8746











# WHAT'S INSIDE

ICI Insider News ................................................. 1
Magnum Bumpers ....................................... 2
Rocker Panels .............................................. 3- 4
OE Lighting Solutions ................................. 5
Light Locks ...................................................... 5
Special Projects ............................................ 6



# STEEL *innovation news*
WWW.ICIONLINE.COM | 1-800-626-8746



# STEEL *innovation news*
WWW.ICIONLINE.COM | 1-800-626-8746

# ICI INSIDER NEWS

### To All of Our Valued ICI Customers,

2013 was a big year for ICI. We had four new product releases: OE Lighting Solutions, Light Locks, Rocker Armor and SE-Series Rocker Panels.

ICI also enjoyed success at SEMA in 2013. Mike Stanifer, National Sales Manager at ICI, was named SEMA PRO Nat Danas Person of the Year. This award honors an individual within the restyling industry who has acted with a high degree of integrity and profes-



*Mike Stanifer (center) receives SEMA PRO Nat Danas Person of the Year 2013 Award.*

sionalism. ICI customers can expect more big changes in 2014. In the first quarter, ICI released a new product called Trunk Armor. Made from the same material as ICI's Rocker Armor Rocker Panels, Trunk Armor protects the trunk of vehicles when loading and unloading. More information about Trunk Armor can be found on page 4. Here is a list of other changes to come:



*Magnum Bumper display receives award for Runner-Up in Merchandising Display category at SEMA 2013.*

- **New Focus on Marketing.** ICI has hired a full-time marketing coordinator to help accommodate graphics requests, grow ICI's online presence, and expand into the retail marketing sector.
- **Website Improvements.** ICI is making it easier to find the products you are searching for with more intuitive categories, links and a more simple site design.
- **New Products and Applications.** ICI is expanding the Magnum Bumper line for more vehicles. We have also introduced many new nerf bars, rocker panels and other products to fit new vehicles.

On behalf of the entire staff at ICI, thank you for your loyal support over the years. We look forward to an exciting year in 2014!

### Please Welcome Our Newest Employees



**Kyle Dahlquist**
*Design Engineer*

Kyle brings with him a wealth of experience in the automotive industry. He has worked for Pirelli Tires, BF Goodrich, Michelin and Desert Rat Off-Road Truck Centers. He studied Mechanical Engineering and is currently working on a degree in Hospitality Administration. From a young age, Kyle was driven to work in the automotive industry. "I've been building cars since I could buy them," says Kyle. "Fabrication and design are what I like to do." Kyle is an adrenaline junkie, spending his free time jumping trucks and playing sports.



**Rafael Riveros**
*Acct. Representative*

Prior to joining ICI, Rafael worked as a real estate agent. His educational background is in Business Administration. Rafael has a perpetual positive attitude that along with his creativity and personal desire to excel makes him the perfect addition to the ICI team. "I'm excited about having the opportunity to develop meaningful relationships with clients," says Rafael. In his spare time, Rafael enjoys playing competitive volleyball. Originally from Colombia, he is bilingual in English and Spanish.



**Kelsey Self**
*Marketing Coordinator*

Kelsey has a diverse background in marketing. Kelsey has worked in healthcare marketing and television commercial marketing. Her particular strengths include social media marketing and video production and development. "I am very excited to join a company with such a strong track record of quality and customer satisfaction in the industry," says Kelsey. Kelsey is also the Marketing Director for the Tucson Film and Music Festival. Her favorite hobbies include cooking and working out.



# MAGNUM BUMPERS
*Featuring the NEW RT-Series Light Bar*
*Patent Pending*

Made in U.S.A.

## STEP UP TO A MAGNUM

**NEW** RT-Series Light Bar    Standard Style Bumper    w/ Tube Pre-Runner Light Bar    w/ Full Tube Grille Guard

Magnum Rear Bumper

**Bumpers for All Makes & Models • Optional Parking Sensor Holes**
**Compatible with Factory Receiver Hitch • Winch Mounts Available • Limited Lifetime Warranty**

 **STEEL** *innovation news*
WWW.ICIONLINE.COM | 1-800-626-8746

 **STEEL** *innovation news*
WWW.ICIONLINE.COM | 1-800-626-8746

# NEW ROCKER PANELS



*Made in U.S.A.*

 

## ROCKER ARMOR

Protect your vehicle with ICI's NEW Rocker Armor. This aggressive new textured rocker panel material is designed for the ultimate in protection and rugged good looks. The flexible material will guard you vehicle from scratches and dings without damaging your paint. Rocker Armor is perfect for 4X4 vehicles or the popular "blacked out" look!



**Benefits:**
- Protects Against Scratches & Dings
- Affordable Alternative to Spraying the Lower Rocker
- Adds a Finished Look to Any Truck, Car, SUV
- Can be used to repair cracked dashboards, door panels & more!
- Comes in Pre-Cut or U-Cut Kits. U-Cut Kits Available in 3 Widths (All 54" Long): 6, 7 or 8 inch

## SE-SERIES ROCKERS

The newest innovative look in rocker panels! Achieve a high-end original equipment look for your truck, car or SUV with ICI's new SE-Series Rocker Panels. While still protecting your lower rocker panel, the SE Rocker Panels feature accent ribbing that runs the length of the panels, adding style and flare to any vehicle.

**Benefits:**
- Adds Style and Flare to Any Car, Truck or SUV
- SE Rockers Give You an Original Equipment Look
- Protects Lower Rocker From Chips and Scratches
- Does Not Damage Paint

**Features:**
- Made of 304 Stainless Steel
- Stylish Accent Ribbing That Runs the Length of the Panels
- Ribs Have Bullet Ends for a Tight Seal to Prevent Water and Moisture From Getting Behind Panels
- 3 Year Warranty



## *Introducing...* TRUNK ARMOR

Protect your vehicle with ICI's new Trunk Armor! Trunk Armor protects the rear bumper when loading and unloading from scratches and dings. Trunk Armor is a great way to restore damaged bumpers, or protect new ones. Trunk Armor mounts with High Performance 3M adhesive, making it fast and easy to install. Trunk Armor is made from the same material as ICI's Rocker Armor and it is made in the U.S.A. ICI has Trunk Armor applications for most vehicle makes and models — nine SKUs cover 90% of the vehicles on the road today!



Our products use
**3M** Automotive Attachment Tape



# STEEL *innovation news*

WWW.ICIONLINE.COM | 1-800-626-8746



# STEEL *innovation news*

WWW.ICIONLINE.COM | 1-800-626-8746

## OE LIGHT SOLUTIONS



### Aftermarket Lights on a Factory Bumper? No Problem!



ICI now offers an extensive line of light mounting brackets that allow you to mount off-road or driving lights to your vehicle. OE Lighting Solutions are available for fog lamp openings, center bumper openings, windshield mounts, cowl mounts and more. OE Lighting Solutions are for all makes including Ford, Chevy, Dodge, Jeep, Toyota and Nissan. OE Lighting solutions are extremely durable, made of 1/8" cold-rolled steel and come in a black powder coat. OE Lighting solutions are made in the U.S.A. and come with a limited lifetime warranty. *Watch the OE Light Solutions video to learn more: http://youtu.be/ShPZtyU16nA*

## LIGHT LOCKS



### PROTECT YOUR INVESTMENT



**Retail Display Now Shipping!**



- Theft Resistant Nuts & Bolts that Prevent Theft of Aftermarket Lights
- Unique Shape Can't Be Compromised by Common Tools or Security Bit Tips
- Replacement Keys Can Only Be Purchased Through ICI with Registration Number
- Compatible with All Major Light Manufacturers
- Made in the U.S.A.

*Check out our video to see how Light Locks stop thieves in their tracks! http://youtu.be/WMfcCsPiKtWA*



Made in the U.S.A.

## SPECIAL PROJECTS

### ICI Teams up with Operation Raptor: Navy Seal Truck Build

ICI is teaming up with Operation Raptor. **Operation Raptor** is a program that honors and supports U.S. Veterans by raising awareness about their needs and providing financial assistance for critically injured vets.

ICI most recently completed special edition front and rear



Magnum Bumpers for the Operation Raptor Navy Seal truck. Next, ICI and Operation Raptor will team up with other aftermarket restylers to build trucks that recognize other branches of the U.S. Military including the Army Special Forces, Air Force Commandos and U.S. Marine Corps.

ICI is very proud to be a part of this project. To learn more or donate, visit www.OperationRaptor.com.



### 2014 Trade shows and Events - Come Say Hi!

**Stop by and see us at these events in 2014:**

- Cross Country Distributing Spring Expo, April 5, 2014 at the David L. Lawrence Convention Center in Pittsburgh, PA
- Performance Warehouse Association (PWA) Conference, September 14-17, 2014 at the Arizona Grand Resort & Spa in Phoenix, AZ
- SEMA 2014, November 4-7, 2014 at the Las Vegas Convention Center in Las Vegas, NV





### Win Big! Contest for New E-Mail Subscribers

ICI is currently running a contest open to anyone who signs up for our e-mail mailing list. Each month one new subscriber will win a prize, such as an Amazon Kindle tablet. To sign up visit **www.icionline.com** and look for the "Join Our Mailing List" icon. Enter your e-mail address, click submit, and you will automatically be entered into the drawing.

### Connect with Innovative Creations Online

ICI is now on Social Media. Follow us to get the latest news, be entered to win special contests and more!

Facebook: facebook.com/InnovativeCreationsInc

Twitter: @InnovativeCrea1

Instagram: @InnovativeCreationsInc

YouTube: youtube.com/user/InnovativeCrea1

Google+: google.com/+ICIonline

Pinterest: pinterest.com/innovativecrea1/

### Spotlight on Engineering on ICI's Blog





ICI is currently featuring a three part "Day in the Life" blog series on our in-house engineers. To learn more about how ICI products are designed and built, read the blogs at: *innovativecreationsinc. wordpress.com/*

*ICI Supports Our Industry Members*







**INNOVATIVE CREATIONS INC.**
8960 W. Larkspur Dr., Ste. #107
Peoria, AZ 85381




Finding the parts and products
you're looking for just got
easier! Check us out at:








# MAGNUM BUMPERS

*Featuring the NEW RT-Series Light Bar*

Patent Pending

# STEP UP TO A MAGNUM



**Bumpers for All Makes & Models · Optional Parking Sensor Holes**
**Compatible with Factory Receiver Hitch · Winch Mounts Available · Limited Lifetime Warranty**



## RA ROCKER ARMOR

*Don't Spray Your Lower Rocker, Save Money with ROCKER ARMOR!*

1-800-626-8746

## LIGHT LOCKS

*Prevent Theft of Aftermarket Lights with ICI's Tamper Resistant Nuts & Bolts*



*Made in the U.S.A.*

**WWW.ICIONLINE.COM**

# EXHIBIT C



f (http://www.facebook.com/westinauto)    (http://twitter.com/#!/westinauto)   (http://www.instagram.com/westinautoproducts/)   (http://www.youtube.com/user/westinautomotive)   (http://www.westinauto.blogspot.com/?zx=ddb79e4fc610095b)   (http://pinterest.com/westinauto/)

Cart (/westin/cart.html)   Login (/westin/login.html)   My Orders (/westin/myorders.html)
0

HOME (/)   SHOP BY PRODUCT (/PRODUCTS/)   CUSTOMER SERVICE   ABOUT US (/ABOUTUS/)

Find it fast   SEARCH BY VEHICLE
Find it fast   WHERE TO BUY
Find it fast   APPLY

## HDX Light Bar NEW!



...le row LED Light Bar

... r raw finish

...t a 20" single row LED Bar to a HDX Front Bumpers. Bolt-on, no drill installation. Sold separately. Light bar not included. Available in matching textured black or raw finish. Sold separately.



Finish :     Textured Black
Material :   12 Gauge Steel
Mounting :  Bolt-On
Warranty :  Finish: 1 year/Workmanship: Limited Lifetime

(/images/productfinder/58-95-0035_kodir.jpg)

Part # :      Select Vehicle
Price:        From $253 to $253
Install Sheets :     Buy Now

Tweet
Share 0

WESTiN™ (http://westinautomotive.com/westin/productsearch.jsp?brand=westin)
T-MAX (http://westinautomotive.com/westin/productsearch.jsp?brand=T-Max)

# EXHIBIT D

(12) **United States Design Patent**   (10) Patent No.:   **US D757,622 S**

Wolf   (45) Date of Patent:   ** **May 31, 2016**

(54) **VEHICLE STEP RAIL**

(71) Applicant: **Innovative Creations, Inc.**, Peoria, AZ (US)

(72) Inventor: **Robert A. Wolf**, Peoria, AZ (US)

(73) Assignee: **Innovative Creations, Inc.**, Peoria, AZ (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/500,438**

(22) Filed: **Aug. 25, 2014**

(51) **LOC (10) Cl.** ................................................ **12-16**

(52) **U.S. Cl.**
USPC ........................................................ **D12/203**

(58) **Field of Classification Search**
USPC .......... D12/89, 193, 203, 314; 182/64.1, 127; 280/5.3, 163, 164.2, 166, 169, 291; D25/62, 63, 68, 69, 138, 152–158
CPC  B60C 11/0008; B60C 11/0041; B60C 11/01; B60C 11/12; E06C 1/005; E06C 1/02; E06C 5/00; E06C 5/02; E06C 5/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D292,904 | S | * 11/1987 | Bielby | ......................... D12/203 |
| D340,905 | S | * 11/1993 | Orth et al. | .................. D12/203 |
| D474,435 | S | * 5/2003 | Lund et al. | .................. D12/203 |
| 6,588,783 | B2 * | 7/2003 | Fichter | ........................ 280/169 |
| D546,745 | S | * 7/2007 | Storer | ......................... D12/203 |
| 7,287,770 | B2 * | 10/2007 | Drabant et al. | ............... 280/163 |
| 7,909,344 | B1 * | 3/2011 | Bundy | ......................... 280/163 |
| D665,713 | S | * 8/2012 | Pochurek et al. | ........... D12/203 |
| D671,874 | S | * 12/2012 | Kekich et al. | ............... D12/203 |
| 8,448,968 | B1 * | 5/2013 | Grote et al. | ................. 280/163 |
| 8,641,068 | B1 * | 2/2014 | Bundy | ......................... 280/163 |
| 2012/0228848 | A1 * | 9/2012 | Fichter | ........................ 280/163 |
| 2013/0221632 | A1 * | 8/2013 | Higgs et al. | ................. 280/169 |

* cited by examiner

*Primary Examiner* — George D Kirschbaum

*Assistant Examiner* — Natasha Vujcic

(74) *Attorney, Agent, or Firm* — Schmeiser, Olsen & Watts LLP

(57) **CLAIM**

The ornamental design for a vehicle step rail, as shown.

**DESCRIPTION**

FIG. **1** is a front perspective view of the vehicle step rail;
FIG. **2** is a rear perspective view of the vehicle step rail;
FIG. **3** is a front view of the vehicle step rail;
FIG. **4** is a rear view of the vehicle step rail;
FIG. **5** is a magnified left side view of the vehicle step rail;
FIG. **6** is a magnified right side view of the vehicle step rail;
FIG. 7 is a top view of the vehicle step rail;
FIG. **8** is a bottom view of the vehicle step rail; and,
FIG. **9** is a bottom perspective view of the vehicle step rail.
The broken lines showing brackets in the figures is for illustrative purposes only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3

FIG. 4



FIG. 5



FIG. 6

Case 2:16-cv-03100-DJH   Document 1-1   Filed 09/14/16   Page 34 of 43



FIG. 7

FIG. 8



FIG. 9

# EXHIBIT E

     



| Home | About Us | Browse by Product | News | Where to Buy | Reviews | Warranty and Returns | Contact Us |

Search: [_____] GO

Like 7.8K  Share

| Home | Your Account | Shopping Cart

Home Page > ⊠ Magnum RT Steps > ⊠ Magnum RT Steps

## MAGNUM RT STEPS



BRAND NEW from ICI… Magnum RT Steps! The perfect complement to ICI's Magnum Bumpers, Magnum RT Steps are a new step bar from Innovative Creations, Inc. Designed and built in the U.S.A., this step bar is built to last. It's made from steel with a matte black powder coat finish and comes with re-enforced mounting brackets. Magnum RT Steps install quickly and easily at home.

### *Features*

• Built for Style! Unique Patent Pending Design Has Off-Road Look and Compliments the Styling of ICI's Magnum Bumpers and Other Accessories
• Built for Ease of Use! Steps are Perfectly Placed So You Can Enter and Exit the Vehicle Easily Without Scratching Your Shins
• Built for Safety! Bolt On Step Pads Have Special Non-Slip Diamond Tread For Superior Traction
• Built for Strength! Heavy Duty Mounting Brackets Are 2X the Strength of Other Conventional Brackets
• Made from 10 Gauge Steel with a Finished with a Superior Three-Stage Coating System
• Built for Easy Installation! No Drilling Required
• Built with Pride! Designed and Built in the U.S.A.
• Built to Last! Limited Lifetime Warranty

*To see product select your vehicle*

[Select a Year]
[Select Make]
[Select Model]
[Select Submodel]
[Select Vehicle]

### related products



Bumpers

Rocker Panels

Bumpers

Magnum RT Steps Installation



*Available for:*

2015-2016 Chevy Colorado
2007-2013 Chevy Silverado
2014- Chevy Silverado
2014-2016 Chevy Silverado
2009-2015 Dodge Ram

2010-2015 Dodge Ram
2009-2014 Ford F150
2015-2016 Ford F150
2009-2014 Ford F150 Raptor
1999-2016 Ford Super Duty
2015-2016 GMC Canyon
2007-2016 Jeep Wrangler
2005-2016 Toyota Tacoma
2007-2016 Toyota Tundra



ICI Innovations, Inc.

Our products use
Automotive
Attachment Tapes

Home    About Us    Browse by Product    Contact Us    Reviews    Contact Us
        Why ICI?       Bed Caps / Bed Rails
        FAQ               Front Bed Caps
        Become a Dealer    Side Bed Caps
        Photo Use Policy    Side Rails
        Credit Policy        Tailgate Caps
        Privacy Policy    Bumpers
        Catalog              Magnum Bumper Accessories
                              Magnum Bumpers
                          Fender Trim
                          Gas Tank Door Skins
                              Stainless Steel Gas Tank Door Covers
                              U-Cut Universal Chrome Gas Tank Cover
                          Hidden Winch Mounting Kit
                          Magnum RT Steps
                              Magnum RT Steps
                              Magnum RT Steps With Optional Light Kit
                              RT Step Light Kit
                          Off Road Lighting
                              LED Lighting
                              Light Locks
                              Magnum Light Mounts
                              RT Step Light Kit
                          Oval Nerf Bars
                              4" Oval Bars: Cab Length
                              4" Oval Bars: Wheel to Wheel
                              5" Oval Bars
                              6" Oval Bars
                          Pillar Post Trim
                              Cars
                              Trucks
                              U-Cut Universal Pillar Post Trim
                          Replacement Step Pads
                          Rocker Panels
                              Cars
                              Trucks
                              U-Cut Universal Panels
                          Round Nerf Bars
                              3" Round Bars: Cab Length
                              3" Round Bars: Wheel to Wheel
                              4" Round Bars: Cab Length
                              4" Round Bars: Wheel to Wheel
                          Trunk Armor

        Return Policy
        Light Lock Registration

# EXHIBIT F



(http://www.facebook.com/westinauto)    (http://twitter.com/#!/westinauto)    (https://www.instagram.com

/westinautoproducts/)    (http://www.youtube.com/user/westinautomotive)    (http://www.westinauto.blogspot.com

/?zx=ddb79e4fc610095b)    (http://pinterest.com/westinauto/)

Cart    Login    My Orders
(/westin    (/westin    (/westin
/cart.html)    /login.html)    /myorders.html)

0

Find it fast    Find it fast    Fin
SEARCH BY VEHICLE    WHERE TO BUY    APPLICATION CHART



(/index.php)

HOME (/)    SHOP BY PRODUCT (/PRODUCTS/)    CUSTOMER SERVICE    ABOUT US (/ABOUTUS/)

# HDX Drop Step NEW!



ep areas

HDX Bumpers

ovide the rugged look and function that truck owners need and want. They feature a solid 1-piece steel construction and heavy duty punch plates creating high traction step areas. The HDX Drop Steps also feature Westin's notched bar design which allows for more than 2 inches of additional toe/heel placement over its competitors. Available in a textured black finish that complements Westin HDX Bumpers. The HDX Drop Steps have vehicle specific applications and include a vehicle specific mount kit, installation hardware and instructions.



Finish :    Textured Black
Material :    Steel
Mounting :    Bolt-On
Warranty : 3 Year

(/images/productfinder/56-11315_ko3qtrdr.jpg)

Part # :    Select Vehicle
Price:    **From $440 to $440**
Install Sheets :    Buy Now

- 
- Tweet

 **(http://www.facebook.com /westinauto) (http://twitter.com/#!/westinauto) (https://www.instagram.com /westinautoproducts/) (http://www.youtube.com /user/westinautomotive) (http://www.westinauto.blogspot.com /?zx=ddb79e4fc610095b) (http://pinterest.com /westinauto/)**



(http://westinautomotive.com/westin/productsearch.jsp?brand=westin)

(http://westinautomotive.com/westin/productsearch.jsp?brand=T-Max)

(http://westinautomotive.com/westin/productsearch.jsp?brand=Fey_Bumper)

(http://westinautomotive.com/westin/productsearch.jsp?brand=wade)

(http://westinautomotive.com/westin/productsearch.jsp?brand=brute)

Copyright © 2000-2016 Westin Automotive Products, Inc. All rights reserved

The copyright in this website and the material on this website (including without limitation the text, computer code, artwork, photographs,

Home (/)

**Shop by Product (/products/)**
Bed Caps & Tailgate Caps (/westin /productsearch.jsp?category=BED_CAPS_AND_TAILGATE_CAPS)

Bed Mats (/westin /productsearch.jsp?category=BED_MATS)

Bed Rails (/westin /productsearch.jsp?category=BED_RAILS)

Bug Shields (/westin /productsearch.jsp?category=BUG_SHIELDS)

Bumpers (/westin /productsearch.jsp?category=BUMPERS)

Contractor Products (/westin /productsearch.jsp?category=CONTRACTOR_PRODUCTS)

Floor Mats (/westin /productsearch.jsp?category=FLOOR_MATS)

Grille Guards & Bull Bars (/westin /productsearch.jsp?category=GRILLE_GUARDS)

Hood Scoops (/westin /productsearch.jsp?category=HOOD_SCOOPS)

Jeep Products (/westin /productsearch.jsp?category=JEEP_PRODUCTS)

LED Lights (/westin /productsearch.jsp?category=LED_LIGHTS)

Light Bars (/westin /productsearch.jsp?category=LIGHT_BARS)

Lights, Light Guards & Covers (/westin /productsearch.jsp?category=LIGHTS_LIGHT_GUARDS_AND_COVERS)

Nerf Step Bars & Running Boards (/westin /productsearch.jsp?category=NERF_STEP_BARS_AND_RUNNING_BOARDS)

Tool Boxes (/westin /productsearch.jsp?category=TOOL_BOXES)

Towing (/westin /productsearch.jsp?category=TOWING)

Truck Racks (/westin /productsearch.jsp?category=TRUCK_RACKS)

Wind Deflectors (/westin /productsearch.jsp?category=WIND_DEFLECTORS)

Winches & Winch Accessories (/westin /productsearch.jsp?category=WINCHES_AND_WINCH_ACCESSORIES)

**Customer Service (/contactus/)**
Contact Us (/contactus/)

Westin Warranty (/warranty/)

Promos & Rebates (/promos-rebates/)

**About Us (/aboutus/)**
Terms & Policies (/aboutus/terms-policies/)

Sales & Marketing (/aboutus /sales-marketing-support/)

WD Distribution (/aboutus /warehouse-distribution/)

**Search by Vehicle (/westin /productsearch.jsp)** |

**Search by Address (/westin/buynow.jsp)**

*Pieper*

(http://www.pieper.com/)

Winch Mounting (/westin
/productsearch.jsp?category=WINCH_MOUNTING)

Brackets & more... (/westin
/productsearch.jsp?category=BRACKETS_AND_MORE)

