Sean Kealii Enos (#023634)
Jeffrey W. Johnson (#024435)
SCHMEISER, OLSEN & WATTS, LLP
18 E. University Drive, Suite 101
Mesa, Arizona 85201
Telephone: (480) 655-0073
Facsimile: (480) 655-9536
kenos@IPlawUSA.com
jjohnson@IPlawUSA.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Innovative Creations, Inc., | Case No. CV-16-03100-PHX-DJH |
| Plaintiff, | |
| vs. | **JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |
| Westin Automotive Products, Inc., | |
| Defendant. | |

      Plaintiff Innovative Creations, Inc. and Defendant Westin Automotive Products, Inc., through their counsel of record, announce to the Court that they have reached a private settlement of this action. As such, the parties move the Court for an order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

      A proposed form of order is submitted herewith.

- 1 -

DATED this 5th day of May, 2017.

        SCHMEISER, OLSEN & WATTS LLP

        By:
        */s/Sean Kealii Enos*

        Sean K. Enos
        Jeffrey W. Johnson
        18 E. University Drive, Suite 101
        Mesa, Arizona 85201

        Attorneys for Plaintiff


        GUST ROSENFELD P.L.C.

        By:
        */s/Craig L. Keller*

        Craig L. Keller, Esq.
        Gust Rosenfeld P.L.C.
        One East Washington Street, Suite 1600
        Phoenix, Arizona 85004

        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2017, a copy of the foregoing **JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** was filed electronically. A Notice of Electronic Filing (NEF) will be sent by operation of the Court's Electronic Case Filing (ECF) system to the filing party, the assigned Judge and any registered user in the case as indicated on the NEF.

 /s/Sean K. Enos
Sean K. Enos